■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID BRAXTON, Appellant. [628 NYS2d 497] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered November 10, 1992, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]). Further, the defendant's sentence was not excessive *(see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review, without merit, or do not require

reversal. Bracken, J. P., Pizzuto, Santucci and Friedmann, JJ., concur.